

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Kyong Cha PARK,<br><br>　　　　Defendant. | Magistrate Case No. '21 MJ04784<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Section 1544<br>Misuse of Passport |

The undersigned complainant, being duly sworn states:

On or about December 4, 2021, within the Southern District of California, Defendant Kyong Cha PARK, did knowingly and willfully use a United States Passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting a United States Passport book (XXXXX6565), issued to Y.S.P., to a Department of Homeland Security, Customs and Border Protection Officer, knowing fully well that she was not Y.S.P., and that the U.S. Passport was not issued or designed for her use. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th of December 2021.

HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On or about December 4, 2021, at approximately 4:27 P.M., Kyong Cha PARK (Defendant) applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry, via the pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States Passport book (XXXXX6565) bearing the name Y.S.P. and said she was traveling to Los Angeles, California with nothing to declare from Mexico. The CBP Officer noticed facial discrepancies between the Defendant and the affixed photo on the passport and elected to refer her to secondary for further inspection.

In secondary, it was confirmed Defendant was not the lawful owner of the United States passport presented during primary inspection. Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries revealing Defendant's true name and identity. Defendant was linked to Department of Homeland Security (DHS) service records which identified her as a citizen of South Korea without lawful documents to enter the United States.